# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HONG ZHANG, | ) |
| | ) |
| Plaintiff, | ) Case: 1:24-cv-06598 |
| | ) |
| v. | ) Hon. Andrea R. Wood |
| | ) |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, | ) Jury Trial Demanded |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Hong Zhang ("Plaintiff") and Advocate North Side Health Network d/b/a Advocate Illinois Masonic Medical Center (improperly named as Advocate Health and Hospitals Corporation) ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 17th day of June, 2025.

AGREED TO BY:

| | |
|---|---|
| **/s/ Travis P. Lampert,** | **/s/ Heather A. Bailey (With Consent)** |
| Travis P. Lampert, Esq. | Heather A. Bailey, Esq. |
| Sulaiman Law Group, Ltd. | Laurie I. Smigielski, Esq |
| 2500 S. Highland Avenue, Suite 200 | Amundsen Davis LLC |
| Lombard, IL 60148 | 150 North Michigan Avenue, Suite 3300 |
| Phone (630) 575-8181 | Chicago, Illinois 60601 |
| tlampert@sulaimanlaw.com | Phone: (312) 894-3266 |
| *Attorney for Plaintiff* | hbailey@amundsendavislaw.com |
| | lsmigielski@amundsendavislaw.com |
| | *Attorneys for Defendant* |

.